31 P.3d 204

# SUPREME COURT OF HAWAI'I

**July 5, 2001**

| | | |
|---|---|---|
| 22890 | State v. Domingo | Affirmed |

**July 11, 2001**

| | | |
|---|---|---|
| 22925 | Sauve–Kitagawa v. Fat Friday's, Inc. | Affirmed |

**July 30, 2001**

| | | |
|---|---|---|
| 22547 | Trinidad v. Allstate Ins. Co. | Vacated and Remanded |

**July 31, 2001**

| | | |
|---|---|---|
| 22743 | State v. Rodrigues | Affirmed |

**August 22, 2001**

| | | |
|---|---|---|
| 23171 | Nawatani v. Administrative Director of Courts | Affirmed |
| 23386 | State v. Casintahan | Affirmed |
| 22895 | State v. Maielua | Affirmed |

**August 23, 2001**

| | | |
|---|---|---|
| 22936 | Maui Collection Service, Inc. v. Elaban | Affirmed |

**August 27, 2001**

| | | |
|---|---|---|
| 23554 | State v. Bradbury | Affirmed |
| 23469 | State v. Galbraith | Vacated and Remanded |
| 23325 | State v. Regan | Vacated and Remanded |

**August 30, 2001**

| | | |
|---|---|---|
| 22447 | State v. Powers | Affirmed |

**September 24, 2001**

| | | |
|---|---|---|
| 23731 | State v. Penn | Affirmed |